UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAHAB E. FOTOUHI,

       Appellant,

vs.

PAUL MANDSDORF, Trustee,

       Appellee.

No. C 08-05536 MHP

**ORDER DISMISSING APPEAL**

    A notice of appeal having been filed in the Bankruptcy Court for this District on December 1, 2008, and an order for perfection of the record and scheduling the briefing having been entered on December 10, 2008, and appellant having failed to timely perfect the record in this action pursuant to Federal Bankruptcy Rules of Procedure 8006 and 8007, and no filings having been made in this matter since the date of such order, i.e., December 10, 2008,

    IT IS HEREBY ORDERED that this appeal is DISMISSED for failure to perfect the record and failure to prosecute the appeal.

Date: August 24, 2009

MARILYN HALL PATEL
United States District Court Judge